IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| VINCENT LAMONT BRANCH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 325-003 |
| | ) | |
| TELFAIR COUNTY; SHERIFF | ) | |
| DAVIDSON; LT. TERRY MOON; SGT. | ) | |
| SPIRES; SGT. PACE; SGT. ZANDERS; | ) | |
| DR. DERRICK COLLINS; NURSE REED; | ) | |
| NURSE LORI; GENESIS HEALTH; | ) | |
| C.O. BUTLER; C.O. SHEILA FLINT; | ) | |
| and C.O. MALCOM WHITLEY, | ) | |
| | ) | |
| Defendants. | ) | |

# ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** this case without prejudice, and **CLOSES** this civil action.

SO ORDERED this 21st day of March, 2025, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE